No. 564. Sebastian Bridge District *v.* Missouri Pacific Railroad Company.    October 22, 1923.    Petition for a writ of certiorari to the Circuit Court of Ap-

peals for the Eighth Circuit denied. *Mr. James B. Mc-Donough* for petitioner. *Mr. Edward J. White* and *Mr. Thomas B. Pryor* for respondent.